956

No. 1042. Gay *v.* City of Orlando. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. *J. Russell Hornsby* for petitioner. *Norman Burke* for respondent.

No. 1040. Givens *v.* Arkansas. Sup. Ct. Ark. Certiorari denied. *Thorp Thomas* for petitioner.

No. 1048. Evershield Products, Inc. *v.* Sapp et al., dba Tice Supermarket. Sup. Ct. Fla. Certiorari denied. *Samuel Kimmel* for petitioner. *Julian Clarkson* for respondents.

No. 1077. Nowell *v.* Nowell. C. A. 5th Cir. Certiorari denied. *Lawrence W. Anderson* for petitioner. *W. B. West III* for respondent.

No. 874. Spiro *v.* United States. C. A. 3d Cir. Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion that certiorari should be granted. *Esther Strum Frankel* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Paul C. Summitt* for the United States.

No. 968. Banco Nacional de Cuba *v.* Farr et al., dba Farr, Whitlock & Co., et al. C. A. 2d Cir. Certiorari denied. Mr. Justice Marshall took no part in the consideration or decision of this petition. *Victor Rabinowitz* and *Leonard B. Boudin* for petitioner. *C. Dickerman Williams* for Farr et al., and *Whitney North Seymour, Eastman Birkett* and *John A. Guzzetta* for Compania Azucarera Vertientes-Camaguey de Cuba et al., respondents.